IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-01285-LTB-CBS

SHARON PALAGE,

      Plaintiff,

v.

HCA-HEALTHONE, LLC, d/b/a NORTH SUBURBAN MEDICAL CENTER, a Colorado limited liability corporation,

HSS, INC., d/b/a HOSPITAL SHARED SERVICES, INC., a Colorado corporation,

      Defendants.

___

ORDER
___

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 42 - filed December 20, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: December 21, 2012